**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 21-6355

EMMANUEL LEE MCGRIFF EL,

    Plaintiff - Appellant,

  v.

JUDGE WILLIAM BLAND; MATT DELBRIDGE, District Attorney; JOHN DOE 1; JOHN DOE 2,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:20-ct-03008-FL)

Submitted:  February 28, 2022      Decided:  March 10, 2022

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Emmanuel Lee McGriff El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Lee McGriff El seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). We previously remanded to the district court for a determination of whether McGriff El satisfied the requirements of Fed. R. App. P. 4(a)(6) to reopen the appeal period. *McGriff El v. Bland*, 853 F. App'x 884 (4th Cir. 2021) (No. 21-6355). On remand, the district court reopened the appeal period in accordance with Rule 4(a)(6) and directed McGriff El to refile his notice of appeal by August 26, 2021, but McGriff El failed to refile his notice of appeal until September 1, 2021.

Parties are accorded 30 days after entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Rule 4(a)(6). Rule 4(a)(6) authorizes the reopening of the appeal period for 14 days if certain requirements are met. "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The district court's order on remand, entered August 12, 2021, reopened the appeal period pursuant to Rule 4(a)(6) and directed McGriff to file a notice of appeal within 14 days. McGriff El filed his notice of appeal on September 1, 2021.[*] Because McGriff El failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal.

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date McGriff El could have delivered the notice to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988).

2

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*